**Robert S. SPENCER and Kenmere Partners, Respondents**

v.

**Craig A. SPENCER, the Arden Group, Inc., Arden Encino, Inc., Arden Encino Partners, Ltd., Arden Penn Square Partners, L.P., Arden Penn Square Partners, Inc., Arden Walnut Partners, Inc., Arden Walnut Partners, L.P., Arden Vail Partners, L.L.C., Arden Landmark, L.L.C., and Arden Meridian Associates, L.P., Petitioners.**

No. 184 EM 2009.

Supreme Court of Pennsylvania.

Feb. 4, 2010.

### *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of February, 2010, the Emergency Petition for Review of Superior Court's Denial of Stay Pending Appeal and Immediate Stay Pending Review are **DENIED.** The Motion for Leave to File Reply to Answer is GRANTED.

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Daniel L. SPUCK, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 12, 2010.

### *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of February, 2010, the Application for Leave to Amend the Petition for Allowance of Appeal and the Petition for Allowance of Appeal are hereby **DENIED.**

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Cory J. SMITH, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 17, 2010.

### *ORDER*

PER CURIAM.

AND NOW, this 17th day of February, 2010, the Petition for Allowance of Appeal is **GRANTED.** The Order of the Superior Court is **VACATED,** and the case is **REMANDED** to the trial court for proceedings consistent with *Commonwealth v. Haag,* 981 A.2d 902 (Pa.2009).

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.